151 A.3d 84

BRIAN GATESY, PLAINTIFF-PETITIONER, v. SCHUBERT PEROTTE, M.D., DEFENDANT-RESPONDENT, AND ELAINE ELLIOTT, R.N., BRUNILDA ROSARIO, R.N., JEFF PAN, M.D., MARK A. SINGER, M.D., ROBERT WOOD JOHNSON UNIVERSITY HOSPITAL AT RAHWAY, PHOENIX HEALTH CARE NURSING AGENCY, THOMAS CADMUS, DANIEL WOLF, LINDEN EMERGENCY MEDICAL SERVICES, CITY OF LINDEN, EMCARE OF NEW JERSEY, INC., AND RADIOLOGY ASSOCIATES, P.A., DEFENDANTS.

September 12, 2016

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-000360-13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied with costs.